**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 289 MAL 2014 |
| RESPODENT | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| v. | : Order of the Superior Court |
| | : |
| | : |
| KELVIN MONSANTO, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 6th day of October, 2014, the Petition for Allowance of Appeal is

**DENIED**.